# Court of Appeals
# of the State of Georgia

ATLANTA,   November 14, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0599.  FREDERICK L. RADFORD v. DON JARRIEL, WARDEN.**

Frederick L. Radford was convicted felony murder and possession of a firearm during the commission of a crime, and his conviction was affirmed on appeal.  See *Radford v. State*, 281 Ga. 303 (637 SE2d 712) (2006). He subsequently filed a petition for a writ of habeas corpus.  After the superior court denied his petition, Radford appealed to this Court.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,      11/14/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*